UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Thomas Matson, Marie Matson, and Robert
Waletzko,

        Plaintiffs,

v.                                                                    Case No. 17-cv-4571 (JNE/LIB)
                                                                        ORDER

Mipro US, Inc.; Mipro Ortho Pte. Ltd.;
Maxx Health, Inc.; Maxx Orthopedics, Inc.;
Portland Orthopaedics Limited; and
Metalicity Limited,

        Defendants.

      In a Report and Recommendation [Docket No. 27] dated March 12, 2018, the

Honorable Leo I. Brisbois, United States Magistrate Judge, recommended that Plaintiffs'

claims against Mipro Ortho Pte. Ltd., Portland Orthopaedics Limited, and Metalicity

Limited be dismissed without prejudice for failure to comply with an Order dated

February 6, 2018, for failure to effect proper service, and for lack of prosecution.  Later

on March 12, Plaintiffs stipulated to the dismissal without prejudice of Mipro Ortho Pte.

Ltd., Portland Orthopaedics Limited, and Metalicity Limited.

      Based on the files, records, and proceedings herein, and for the reasons stated

above, IT IS ORDERED THAT Plaintiffs' claims against Mipro Ortho Pte. Ltd., Portland

Orthopaedics Limited, and Metalicity Limited are dismissed without prejudice.

Dated: March 20, 2018

                                   s/ Joan N. Ericksen
                                   JOAN N. ERICKSEN
                                   United States District Judge